1  
2  E-FILED 02-18-2011  
   JS-6  
3  
4  
5           UNITED STATES DISTRICT COURT  
6           CENTRAL DISTRICT OF CALIFORNIA  
7  
8  
9  
                                                    GHK
10 GRANDWAY HONDURAS, LLC, a    ) Case No.: CV10-06669 ~~RGK~~ (FMOx)
   Utah limited liability company, and  )
   GLOVEABLES, INC., a California )
11 corporation                   )
                                  ) **[~~PROPOSED~~] ORDER RE**
12          Plaintiff,            ) **DISMISSAL WITH PREJUDICE**
                                  )
13                                ) **[L.R. 7-1]**
       vs.                        )
14                                )
   THE FELDMAN COMPANY, INC., a  )
15 New York Corporation and DOES 1-10,)
   inclusive,                    ) **Judge:  Hon. George King**
16                                ) **Courtroom: 650 (Roybal)**
          Defendants.             ) **Time:  N/A**
17                                )
                                  )
18 _____ )

19

20

21

22

23

24

25

[PROOSED] ORDER RE: DISMISSAL

1  TO THE COURT AND ALL PARTIES OF RECORD:

2  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Grandway Honduras, LLC and Gloveables, Inc. hereby DISMISS THIS ACTION WITH PREJUDICE. Defendant has not been served or appeared in the case. All parties are to bear their own costs, expenses, and attorney's fees.

DATED: February 17, 2011

_____
United States District Court Judge

SUBMITTED BY:

KARISH & BJORGUM PC

By: /s/ A. Eric Bjorgum_____
A. Eric Bjorgum
Attorneys for Plaintiffs
GRANDWAY HONDURAS, LLC
AND GLOVEABLES, INC.